# EXHIBIT A

RECEIVED
SHERIFF'S OFFICE

JUL 13 2012

| Attorney(s) | Daryl Fallas |
| Office Address | 77 Parker Ave |

| Town, State, Zip Code | Deal, NJ 07723 |
| Telephone Number | (732) 539-9025 |
| Attorney(s) for Plaintiff | Daryl Fallas |

Daryl Fallas

Plaintiff(s)

Vs.
Cavalry SPV I, LLC

Schachter Portnoy, LLC
Defendant(s)

**Superior Court** MERCER COUNTY COURTHOUSE
**New Jersey** TRENTON, NEW JERSEY

| Mercer | COUNTY |
| Civil - Law | DIVISION |

Docket No: *L-1632-12*

# CIVIL ACTION
# SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

   The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135 and completed Case Information Statement) if you want the court to hear your defense.

   If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

   If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: *7/12/12*

*Jennifer M. Perez,*
Acting Clerk of the Superior Court

Name of Defendant to Be Served: Cavalry SPV I, LLC / *Schachter Portnoy*, LLC

Address of Defendant to Be Served: 3490 U.S. Route 1, *PRINCETON, NJ 08540*

NOTE: The Case Information Statement is available at http://www.njcourtsonline.com

DULY SERVED
DATE _____
John A. Kemler, Sheriff
BY _____
Special Deputy

Revised 7/1/2008, CN 10792
Page 1 of 4

# DIRECTORY OF SUPERIOR COURT DEPUTY CLERK'S OFFICES
# COUNTY LAWYER REFERRAL AND LEGAL SERVICES OFFICES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

Revised 7/1/2008, CN 10792
Revised 07/2009, CN 10153-English (Directory of Superior Court Deputy Clerk's Offices County Lawyer Referral and Legal Services)

page 2 of 4

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House--1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court,
Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

Revised 7/1/2008, CN 10792
Revised 07/2009, CN 10153-English (Directory of Superior Court Deputy Clerk's Offices County Lawyer Referral and Legal Services)

page 4 of 4

# SUPERIOR COURT OF NEW JERSEY
## LAW DIVISION

Daryl Fallas                                          Mercer                    County
**Your Name (first, middle, last)**

                                          Docket Number  L-1632-12
77 Parker Avenue                          (to be filled in by the court)
**Street Address**                        SUPERIOR COURT OF N.J.
                                          MERCER COUNTY
                                          RECEIVED AND FILED
Deal, NJ 07723
**Town, State, Zip Code**                 JUL 09 2012

732-539-9025
**Telephone Number**                      Sue Regan
                                          SUE REGAN **CIVIL ACTION**
                                          DEPUTY CLERK OF SUPERIOR COURT

Daryl Fallas
                                    **Plaintiff**

**V.**                                          **Complaint**

Cavalry SPV I, LLC / Schachter Portnoy, LLC
                                    **Defendant**

---

Plaintiff, __Daryl Fallas_____, residing at
                        **(your name)**

__77 Parker Ave_____ City of __Deal_____
            **(your address)**                        **(your city or town)**
County of __MONMOUTH_____.
            **(your county)**

State Of New Jersey, complaining of defendant, states as follows:

1. On __November 14_____, 20 _11_, __Schachter Portnoy, LLC_____, Defendant
                                        **(name of person being sued)**

(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)

sent me a letter attempting to collect on an alleged debt (Attached hereto as Exhibit "A"). On November 17, 2011 I sent Defendant a reply disputing the debt and stating my willingness to settle if they would provide proof; if not, to cease and desist any further communication and remove from my credit reports (Attached hereto as Exhibit "B" with proof of mailing as Exhibit "C"). On April 19, 2012 and June 20, 2012 Defendant sent two more notices of collection; in violation of the Fair Debt Collection Practices Act (ATTACHED AS EXHIBITS "D" AND "E").

The defendant in this action resides at <u>3490 U.S. Route 1, Princeton, NJ 08540</u>,

(defendant's address)

In the County of <u>MERCER</u>, State Of New Jersey.

(name of county where defendant lives)

2.  Plaintiff is entitled to relief from defendant under the above facts.

3.  The harm that occurred as a result of defendant's acts include:

(list each item of damage and injury),

1. Multiple violations of the Fair Debt Collection Practices Act, which entitles me to $1,000.00 per violation. For example, not providing me with proof of the alleged debt as required by law; failing to cease and desist further communication (twice); harassment, etc.

2. Punitive damages for falsely reporting negative activity on my credit reports.

   Violating the Fair Credit Reporting Act.

3. Intentional infliction of emotional distress.
   I will ask the the jury to decide the amount of damages I'm entitled to. However, for the purposes of a possible default judgment, I'll ask the Court to award me $3,000.00 for violations of the FDCPA plus $100,000.00 punitive damages plus any other damages as Court may impose plus costs.

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: <u>7/2/12</u>          Signature: _____

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and

serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 7/2/12 _____       Signature: _____

**OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: 7/2/12 _____       Signature: _____

# SCHACHTER PORTNOY, L.L.C.

### ATTORNEYS AT LAW

HOWARD SCHACHTER* — 3490 U.S. ROUTE 1 — STEVEN I. GREENBERG
DARIN S. PORTNOY*□                              PRINCETON, NJ 08540                              KAPEIL MISIR*
                                                TEL: (888) 454-3111   (609) 514-0999              KORTNEY SWANSON DAVIS
SUSAN G. STEINMAN*°□                            FAX: (609) 514-1599                               CRAIG FAYE∇
Of Counsel

*ALSO ADMITTED IN NY
°ALSO ADMITTED IN PA
□ALSO ADMITTED IN OR & WA
∇ONLY ADMITTED IN NY

November 14, 2011

DARYL FALLAS
77 PARKER AVE
DEAL NJ 07723-1238

        Re:   Our Client/Creditor:  CAVALRY SPV I, LLC, as assignee of MBNA/FIA CARD
              SERVICES, N.A.
              Amount of Debt:  $5,648.97 as of above date
              Our File Number:  G1107327

Dear DARYL FALLAS:

     This law firm has been retained by the above-named creditor to collect the
outstanding balance on your account.  Our client requests that you send payment in
full.   Please make your check   payable to Schachter Portnoy, LLC Attorney Trust
Account and send payment to Schachter Portnoy, LLC, 3490 US Route 1, Princeton, New
Jersey 08540.  If you cannot send payment in full, it is possible that a payment plan
could be arranged.  Please contact this office to make arrangements for payment.

                              ### Disclosure
     You are hereby notified that this firm is acting as a debt collector in
this matter. We are attempting to collect a debt and any information obtained
will be used for that purpose.  Unless within 30 days after your receipt of
this notice, you dispute the validity of the debt or any portion thereof, we
will assume the debt to be valid.  If you notify us in writing within the 30-
day period after your receipt of this notice that you dispute the debt, or
any portion thereof, we will obtain verification of the debt, or if the debt
is founded upon a judgment, a copy of the judgment, and a copy of such
verification or judgment will be mailed to you by us.  Upon your written
request within 30 days after receipt of this notice, we will provide you the
name and address of the original creditor, if different from the current
creditor.

                         Very truly yours,


                         Steven I. Greenberg, Esq.
                         For the Firm

MMB   a101a

EXHIBIT "A"

Daryl Fallas
77 Parker Avenue
Deal, NJ 07723

November 17, 2011

Steven I. Greenberg, Esq.
Schachter Portnoy, LLC
3490 US Route 1
Princeton, NJ 08540

Re:   CAVALRY SPV I, LLC
      FILE Number:      G1107327

Dear Mr. Greenberg:

I'm in receipt of your collection letter regarding the above file dated November 14, 2011.

I hereby dispute the validity of the debt.  However, being desirous of settling this matter should there actually be a debt owed, please provide me with the following:

1.   Proof of the alleged debt; and

2.   Proof of your client's alleged assignment of the account by which they claim a debt is owed.  Said proof should contain consideration;  as consideration is required under NJ contract law in order for a contract to be enforceable.

Should your client be unable to provide the above, I anticipate that you will cease and desist any further collection activities in this matter as well as have your client remove any negative information regarding this matter from my credit reports.

Very truly yours,

Daryl Fallas

EXHIBIT "B"

Re: CAVALRY SPVI, LLC
MBNA/FIA corp Service

```
=======================================
            DEAL POST OFFICE
            DEAL, New Jersey
               077239998
            3356870442-0099
11/17/2011 (732)531-0610 01:08:33 PM
=======================================
========= Sales Receipt =========
Product       Sale Unit      Final
Description    Qty Price     Price

PRINCETON NJ 08540            $0.44
Zone-1 First-Class
Letter
 0.40 oz.
                           ========
  Issue PVI:                  $0.44

                           ==========
  Total:                      $0.44

Paid by:
MasterCard                    $0.44
  Account #:    XXXXXXXXXXXX7085
  Approval #:   109490
  Transaction #:  844
  23902921675

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************


Bill#:1000100202299
Clerk:05

All sales final on stamps and postage
 Refunds for guaranteed services only
    Thank you for your business
************************************
************************************
      HELP US SERVE YOU BETTER

           Go to:
   https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

      YOUR OPINION COUNTS
************************************
************************************
```

EXHIBIT "C"

PO Box 1017
Hawthorne, NY 10532

47 103 00012102
115291



Phone: (888) 807-3855
www.cavalryportfolioservices.com

April 19, 2012



RE: Original Institution:     MBNA/FIA Card Services, N.A.
    Original Account No.:   4264296748663256
    Cavalry Account No.:   13350207
    Outstanding Balance:  $4,576.32

DARYL FALLAS
77 PARKER AVE
DEAL, NJ 07723-1238

## ARE YOU GETTING A TAX REFUND?
## WHY NOT USE IT TO TAKE ADVANTAGE
## OF ONE OF OUR GREAT OFFERS THIS YEAR.

## 70% OFF

Cavalry wants you to get the most out of your tax refund this year by offering a **70%** discount to help pay your account.

Even if you didn't get a tax refund, you are still entitled to take advantage of this great offer.

That's right, you can settle your account *right now for* **$1,372.90**. Simply mail your payment along with the coupon at the bottom of this page in the enclosed envelope.

If you prefer, you can also pay this off in **5 monthly installments of $366.11**, A Savings of **60%**.

Please feel free to call us at *(888) 807-3855* to discuss this or the many exciting payment programs available at Cavalry. You can also visit us online at **www.cavalryportfolioservices.com** to make a payment or check account information.

Sincerely,
John Choi

*This Offer Expires 30 Days From The Date Of This Correspondence.*

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR
THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS

EXHIBIT "D"

## PAYMENT COUPON

Please detach and return this portion with your payment in the enclosed envelope. Be sure the address below shows through the return envelope window.

DARYL FALLAS

Make Checks and Money Orders Payable to
Cavalry Portfolio Services, LLC

PO Box 1017
Hawthorne, NY 10532

88 185 00021187
142274



**Cavalry**
Portfolio Services, LLC
Phone: (888) 807-3855
www.cavalryportfolioservices.com

June 20, 2012

RE: **Original Institution:** MBNA/FIA Card Services, N.A.
**Original Account No.:** 4264296748663256
**Cavalry Account No.:** 13350207
**Outstanding Balance:** $4,619.97

DARYL FALLAS
77 PARKER AVE
DEAL, NJ 07723-1238

# ARE YOU GETTING A TAX REFUND?
# WHY NOT USE IT TO TAKE ADVANTAGE
# OF ONE OF OUR GREAT OFFERS THIS YEAR.

## 70% OFF

Cavalry wants you to get the most out of your tax refund this year by offering a **70%** discount to help pay your account.

Even if you didn't get a tax refund, you are still entitled to take advantage of this great offer.

That's right, you can settle your account ***right now for*** **$1,385.99**. Simply mail your payment along with the coupon at the bottom of this page in the enclosed envelope.

If you prefer, you can also pay this off in 5 monthly installments of **$369.60**. A Savings of **60%**.

Please feel free to call us at **(888) 807-3855** to discuss this or the many exciting payment programs available at Cavalry. You can also visit us online at www.cavalryportfolioservices.com to make a payment or check account information.

Sincerely,
John Choi

*This Offer Expires 30 Days From The Date Of This Correspondence.*

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## PAYMENT COUPON

Please detach and return this portion with your payment.

Make Checks and Money Orders Payable to
Cavalry Portfolio Services, LLC.



DARYL FALLAS
77 PARKER AVE



EXHIBIT "E"

**Appendix XII-B1**

| CIVIL CASE INFORMATION STATEMENT (CIS) | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
### Use for initial Law Division
Civil Part pleadings (not motions) under Rule 4:5-1
**Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.**

FOR USE BY CLERK'S OFFICE ONLY
PAYMENT TYPE: ☐CK ☐CG ☐CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| 1. ATTORNEY/PRO SE NAME | 2. TELEPHONE NUMBER | 3. COUNTY OF VENUE |
|---|---|---|
| Daryl Fallas | (732) 539-9025 | Mercer |

| 4. FIRM NAME (If applicable) | 5. DOCKET NUMBER (When available) |
|---|---|
| | L-1632-12 |

| 6. OFFICE ADDRESS | 7. DOCUMENT TYPE |
|---|---|
| 77 Parker Avenue<br>Deal, NJ 07723 | Complaint |
| | 8. JURY DEMAND   ☒ YES   ☐ NO |

| 9. NAME OF PARTY (e.g., John Doe, Plaintiff) | 10. CAPTION |
|---|---|
| Daryl Fallas, Plaintiff | Daryl Fallas v. Cavalry SPV I, LLC / Schachter Portnoy, LLC |

| 11. CASE TYPE NUMBER (See reverse side for listing) | 12. IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO |
|---|---|
| 699 | IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| 13. RELATED CASES PENDING?   ☐ YES ☒ NO | 14. IF YES, LIST DOCKET NUMBERS |
|---|---|

| 15. DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?   ☐YES ☒ NO | 16. NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN<br>☐ NONE<br>☒ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| 17. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?   ☐YES ☒No | IF YES, IS THAT RELATIONSHIP | ☐ EMPLOYER-EMPLOYEE   ☐ FRIEND/NEIGHBOR   ☐ OTHER (explain)<br>☐ FAMILIAL   ☐ BUSINESS |
|---|---|---|

| 18. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☐ YES ☒ NO |
|---|

19. USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

| 20. DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?   ☐YES ☒ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION: |
|---|---|

| 21. WILL AN INTERPRETER BE NEEDED?   ☐YES ☒ NO | IF YES, FOR WHAT LANGUAGE: |
|---|---|

**22. I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).**

23. ATTORNEY SIGNATURE:

Effective 09/01/2009, CN 10517_ps - English

page 1 of 2

 

**CIVIL CASE INFORMATION STATEMENT**
**(CIS)**
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I — 150 days' discovery**
- 151   NAME CHANGE
- 175   FORFEITURE
- 302   TENANCY
- 399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502   BOOK ACCOUNT (debt collection matters only)
- 505   OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
- 506   PIP COVERAGE
- 510   UM or UIM CLAIM
- 511   ACTION ON NEGOTIABLE INSTRUMENT
- 512   LEMON LAW
- 801   SUMMARY ACTION
- 802   OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)
- 999   OTHER (Briefly describe nature of action)

**Track II — 300 days' discovery**
- 305   CONSTRUCTION
- 509   EMPLOYMENT (other than CEPA or LAD)
- 599   CONTRACT/COMMERCIAL TRANSACTION
- 603   AUTO NEGLIGENCE – PERSONAL INJURY
- 605   PERSONAL INJURY
- 610   AUTO NEGLIGENCE – PROPERTY DAMAGE
- 699   TORT – OTHER

**Track III — 450 days' discovery**
- 005   CIVIL RIGHTS
- 301   CONDEMNATION
- 602   ASSAULT AND BATTERY
- 604   MEDICAL MALPRACTICE
- 606   PRODUCT LIABILITY
- 607   PROFESSIONAL MALPRACTICE
- 608   TOXIC TORT
- 609   DEFAMATION
- 616   WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617   INVERSE CONDEMNATION
- 618   LAW AGAINST DISCRIMINATION (LAD) CASES
- 620   FALSE CLAIMS ACT

**Track IV — Active Case Management by Individual Judge / 450 days' discovery**
- 156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303   MT. LAUREL
- 508   COMPLEX COMMERCIAL
- 513   COMPLEX CONSTRUCTION
- 514   INSURANCE FRAUD
- 701   ACTIONS IN LIEU OF PREROGATIVE WRITS

**Centrally Managed Litigation (Track IV)**
- 280   Zelnorm
- 285   Stryker Trident Hip Implants

**Mass Tort (Track IV)**

| | | | |
|---|---|---|---|
| 248 | CIBA GEIGY | 279 | GADOLINIUM |
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL |
| 271 | ACCUTANE | 282 | FOSAMAX |
| 272 | BEXTRA/CELEBREX | 283 | DIGITEK |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 284 | NUVARING |
| 275 | ORTHO EVRA | 286 | LEVAQUIN |
| 277 | MAHWAH TOXIC DUMP SITE | 601 | ASBESTOS |
| 278 | ZOMETA/AREDIA | 619 | VIOXX |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics."
Please check off each applicable category:
☐ Verbal Threshold          ☐ Putative Class Action          ☐ Title 59

## ORDER PREPARED BY THE COURT

<table>
<tr>
<td>

_Daryl Fallas_

CLERK OF SUPERIOR COURT
SUPERIOR COURT OF N.J.
MERCER COUNTY

RECEIVED AND FILED *Plaintiff*

VS.

JUL 09 2012

*Dan Regan*

_Cavalry SPV LLC and Schachter Portnoy_

DEPUTY CLERK OF SUPERIOR COURT *Defendant*

</td>
<td>

**SUPERIOR COURT OF NEW JERSEY**
**Mercer County**
**Law Division**
**DOCKER NO: L-1632-12**


**CIVIL ACTION**

**ORDER FOR WAIVER OF FEES**

</td>
</tr>
</table>

This court having examined the affidavit of  _Daryl Fallas_

**IT IS** on this _____ 9 th _____ day of _____ July _____, 20_12_ **ORDERED** that, pursuant to the aforementioned statute applicant:

☐   Shall pay a partial filing fee of $_____ within 45 days from the date of this Order.

☒   Shall not be responsible for any portion of the filing fee.

☐   Shall be responsible for the filing fees: application is DENIED

_Mary Jacobson, A.J.S.C._
Mary C. Jacobson, A.J.S.C.