# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| Daryl Fallas, | CIVIL ACTION NO. |
|---|---|
| Plaintiff, <br> v. <br> Cavalry SPV 1, LLC <br> Schacter Portnoy, LLC, <br> Defendant. | (REMOVAL OF ACTION) |

## NOTICE OF FILING OF REMOVAL

TO:  Deputy Clerk of the Superior Court
Local Filing Office, Court House
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

Daryl Fallas
77 Parker Avenue
Deal, NJ 07723

**TO THE PARTIES**:

**PLEAST TAKE NOTICE**, that on September 12, 2012, Cavalry SPV 1, LLC in the above entitled action, filed a Notice of Removal, copies of which are attached hereto, of the above entitled action in the United States District Court for the District of New Jersey.

You are also advised that CAVALRY SPV 1, LLC on filing such Notice of Removal in the Office of the Clerk of the United States District Court for the District of New Jersey also filed and served a copy thereof by regular mail with the Clerk of the Superior Court of Mercer County, to effect the removal pursuant to 28 U.S.C. 1446. By virtue of 28 U.S.C. 1446(d), Mercer County, Superior Court has no further jurisdiction over this action and

you should proceed no further in that Court or under its authority.

        Respectfully submitted,
        **MAURICE & NEEDLEMAN, P.C.**

        */s/ Rachel Marin*
        RACHEL MARIN, ESQUIRE
        Attorney for Cavalry SPV 1, LLC
        5 Walter E. Foran Blvd.
        Suite 2007
        Flemington, NJ 08822
        (908) 237-4550
        (908) 237-4551 fax
        rmarin@mnlawpc.com

Date: September 12, 2012