## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Daryl Fallas,<br><br>           Plaintiff,<br>     v.<br><br>Cavalry SPV 1, LLC<br>Schacter Portnoy, LLC,<br><br>           Defendant. | CIVIL ACTION NO.<br><br><br>(REMOVAL OF ACTION) |

### CERTIFICATION OF SERVICE

I, RACHEL MARIN, ESQUIRE, hereby certify that on September 12, 2012, an original and a true and correct and copy of the attached NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT, were caused to be served upon the persons and in the manner set forth below via U.S. Mail, to:

>Deputy Clerk of the Superior Court
>Local Filing Office, Court House
>175 S. Broad Street, P.O. Box 8068
>Trenton, NJ 08650

I further certify that on September 12, 2012, a true and correct copy of the attached NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT, was caused to be served upon the persons and in the manner set forth below via U.S. Mail and certified mail, return receipt requested, to:

>Daryl Fallas
>77 Parker Avenue
>Deal, NJ 07723

I further certify that on September 12, 2012, a true and correct copy of the attached NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT, was caused to be served upon the persons and in the manner set forth below via U.S. Mail to:

        Stephen Greenberg, Esq.
        Schachter Portnoy, L.L.C.
        Attorneys at Law
        3490 U.S. Route 1
        Princeton, NJ 08540

        **MAURICE & NEEDLEMAN, P.C.**

        /s/Rachel Marin, Esquire
        RACHEL MARIN, ESQUIRE
        Attorney for Cavalry SPV 1, LLC
        5 Walter E. Foran Boulevard, Suite 2007
        Flemington, NJ  08822
        (908) 237-4550 (908) 237-4551 fax
        rmarin@mnlawpc.com

Date: September 12, 2012