UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Daryl Fallas,<br><br>            Plaintiff,<br>    v.<br><br>Cavalry SPV 1, LLC<br>Schacter Portnoy, LLC,<br><br>            Defendant. | Case No. |

**DEFENDANT, CAVALRY SPV 1, LLC's RULE 7.1(a)**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, Cavarly SPV 1, LLC, by and through its counsel, Rachel Marin, Esq., hereby submits its Corporate Disclosure Statement and states as follows:

Cavarly SPV 1, LLC, is not a publicly traded company. No publicly held corporation owns ten percent (10%) or more of the stock of Cavarly Portfolio Serices, LLC.

          **MAURICE & NEEDLEMAN, P.C**.
          Attorneys for Defendant
          Cavarly SPV 1, LLC
          5 Walter E. Foran Blvd., Suite 2007
          Flemington, NJ 08822
          (908) 237-4550

By: **/s/ *Rachel Marin***
     Rachel Marin, Esq.

Date: September 12, 2012

## CERTIFICATION OF FILING AND SERVICE

I certify that on September 12, 2012, the foregoing document was electronically filed via CM/ECF with the Clerk, United States District Court for the District of New Jersey.  I further certify that I caused a true and correct copy of the foregoing to be served via U.S. Mail on:

> Stephen Greenberg, Esq.
> Schachter Portnoy, L.L.C.
> Attorneys at Law
> 3490 U.S. Route 1
> Princeton, NJ 08540

I further certify that I caused a true and correct copy of the foregoing to be served via U.S. Mail and Certified Mail on:

> Daryl Fallas
> 77 Parker Avenue
> Deal, NJ 07723

By: **/s/ *Rachel Marin***
Rachel Marin, Esq.

Date: September 12, 2012