UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARYL FALLAS,<br><br>Plaintiff,<br><br>v.<br><br>CAVALRY SPV 1, LLC, SCHACHTER PORTNOY, LLC,<br><br>Defendant. | Civil Action No.: 12-cv-05664-PGS-DEA<br><br>**DEFENDANTS SCHACHTER PORTNOY, LLC'S NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

TO:   Daryl Fallas
      77 Parker Avenue
      Deal, New Jersey  07723

**PLEASE TAKE NOTICE**, that on the 5th day of November, 2012, the undersigned attorneys for defendant, SCHACHTER PORTNOY, will make an application to the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, Honorable Peter Sheridan presiding, for an Order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6).

The undersigned shall rely on the attached Declaration, Exhibit and Brief in support of this Motion.

                                              RIVKIN RADLER LLP
                                              Attorneys for Defendant,
                                              SCHACTER PORTNOY, LLC
                                              926 RXR Plaza
                                              Uniondale, New York 11556-0926
                                              (516) 357-3074

                                              _____
                                              Douglas Tischler (DGT - 5866)
                                              A Member of the Firm

Date: October 3, 2012
2663923 v1