UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARYL FALLAS,<br><br>        Plaintiff,<br><br>   v.<br><br>CAVALRY SPV 1, LLC, SCHACHTER PORTNOY, LLC,<br><br>        Defendant. | Civil Action No.: 12-cv-05664-PGS-DEA<br><br>**DECLARATION** |

  I, DOUGLAS TISCHLER, ESQ., declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the following is true and correct:

  1. I am an attorney duly licensed to practice law in the State of New Jersey. I am fully familiar with the facts and circumstances herein and I submit this declaration in support of the defendant SCHACHTER PORTNOY, LLC's motion for an Order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6)

  2. I annex hereto as Exhibit "A" a true and accurate copy of plaintiff's Objection to Defendant's Removal of Civil Action From State Court to Federal Court and related relief which I received from the plaintiff in the mail and which was filed in the related state court action in the Superior Court of New Jersey, County of Mercer, under docket number L-1632-12. Attached as Exhibit "B" to this document is the printout of a report from Experian and from Equifax which shows that Cavalry Portfolio Service was the entity that submitted the report to these credit reporting agencies. These credit reports are the basis for plaintiff's Fair Credit Reporting Act

claim.

Dated: Uniondale, New York
October 3, 2012

_____
DOUGLAS TISCHLER, ESQ.

2664855 v1