## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARYL FALLAS,<br><br>                    Plaintiff,<br><br>           v.<br><br>CAVALRY SPV 1, LLC, SCHACHTER PORTNOY, LLC,<br><br>                    Defendant. | Civil Action No.: 12-cv-05664-PGS-DEA<br><br>**ORDER DISMISSING COMPLAINT** |

**THIS MATTER** having been brought before the Court on motion by defendant, SCHACHTER PORTNOY, LLC, and due notice of this application having been made to all parties; upon the arguments of counsel on the record, if any, and for good cause shown:

IT IS ordered on this _____ day of _____, 2012;

1.   **ORDERED**, that Plaintiff's Complaint is dismissed with prejudice as against defendant Schachter Portnoy, LLC; it is further,

2.   **ORDERED**, that a copy of this Order be served upon all counsel of record within seven (7) days of the date hereof.

_____
Peter G. Sheridan, U.S.D.J.

2663931 v1