**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DARYL FALLAS,<br><br>              Plaintiff,<br><br>          v.<br><br>CAVALRY SPV 1, LLC, SCHACHTER<br>PORTNOY, LLC,<br><br>              Defendant. | Civil Action No.:  12-cv-05664-PGS-DEA<br><br><br>**PROOF OF MAILING** |

I, Elke Romer, of full age, hereby certify as follows:

1.     I am secretary to Douglas Tischler, Esq. of the law firm of Rivkin Radler LLP, attorneys for Defendant, Schachter Portnoy, LLC.

2.     On October 3, 2012, I caused the within copy of Defendants Schachter Portnoy, LLC's Notice Of Motion to Dismiss the Complaint Pursuant to Rule 12(B)(6) of the Federal Rules of Civil Procedure, Declaration, Exhibit A, Proposed Order Dismissing Complaint, Defendant Schachter Portnoy, LLC's Memorandum of Law in Support of its Motion to Dismiss the Complaint Pursuant to FRCP 12(b)(6) and Proof of Mailing to be delivered via regular mail to:

Daryl Fallas
77 Parker Avenue
Deal, New Jersey  07723

Maurice & Needleman, P.C.
5 Walter E. Foran Boulevard, Suite 2007
Flemington, NJ  08822

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ELKE ROMER