IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **Daryl Fallas,** | Hon. Peter G. Sheridan |
| **Plaintiff,** v. | Case No. 12-cv-05664-PGS-DEA |
| **Cavalry SPV I, LLC and Schachter Portnoy, LLC** | Notice of Motion |
| **Defendants**. | |

TO:   **Daryl Fallas**
         77 Parker Avenue
         Deal, NJ 07723

PLEASE TAKE NOTICE, Defendant Cavalry SPV 1, LLC, will apply to the United States District Court for the District of New Jersey, before the Honorable Peter G. Sheridan, United State District Judge at the United States Court House, Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Room 2020, Trenton, NJ 08608 on November 5, 2012 for an Order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), together with such other and further relief as the Court shall deem proper.

The undersigned shall rely on the attached Brief in support of this Motion.  Cavalry SPV

1, LLC respectfully requests that the Court enter the proposed order dismissing the Complaint.

        MAURICE & NEEDLEMAN, P.C.
        Attorneys for Defendant
        Cavalry SPV 1, LLC
        5 Walter E. Foran Blvd., Suite 2007
        Flemington, NJ 08822
        (908) 237-4550

        **/s/ Rachel Marin**
        Rachel Marin, Esq.
        Date: August 9, 2012
        For the Firm

Dated: October 3, 2012