IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **Daryl Fallas,** **Plaintiff,** v. **Cavalry SPV I, LLC and Schachter Portnoy, LLC** **Defendants**. | Hon. Peter G. Sheridan Case No. 12-cv-05664-PGS-DEA **ORDER** |

**THIS MATTER** having been brought before the Court on motion by Defendant Cavalry SPV 1, LLC, and due notice of this application having been made to all parties; upon the arguments of counsel on the record, if any, and for good cause shown:

IT IS ordered on this _____ day of _____ 2012;

1. **ORDERED**, that Defendant's Motion to Dismiss Plaintiff's Complaint is Granted,

2. **ORDERED**, that a copy of this Order be served upon all counsel of record within seven (7) days of the date hereof.

_____