

**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**DOUGLAS TISCHLER**
PARTNER
(516) 357-3074
doug.tischler@rivkin.com

June 11, 2013

**VIA ELECTRONIC FILING**

Judge Peter G. Sheridan
United States District Court of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street - Room 2020 (courtroom 4E)
Trenton, NJ 08608

    Re:   *Daryl Fallas v. Cavalry SPV 1, LLC and Schachter Portnoy, LLC*
          Case No.: 12-cv-05664 (PGS) (DEA)
          RR File No.: 011590-00400

Dear Judge Sheridan:

This office represents the defendant, Schachter Portnoy, LLC, in the above-referenced case. As previously reported, the parties have entered into a settlement agreement and consummated the settlement. Accordingly, I am enclosing a Stipulation and Proposed Order of Voluntary Dismissal of the action for Your Honor to so order.

Thank you for your attention to this matter.

                                  Very truly yours,

                                  RIVKIN RADLER LLP

                                  Douglas Tischler

DT:eir

Enclosure

cc:  Plaintiff *Pro Se*, Daryl Fallas (*Via email*)

     Rachel F. Marin, Esq.
     Attorney for Cavalry SPV 1, LLC (*Via email*)

2802389 v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495