UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------X

DARYL FALLAS,

                            Plaintiff,                **STIPULATION AND ORDER**
                                                                        **OF VOLUNTARY**
                 -against-                        **DISMISSAL OF ACTION**

CAVALRY SPV 1, LLC and SCHACHTER PORTNOY, LLC,

                                                          Case No.: 12 CV 05664
                           Defendants.           (PGS)(DEA)

-----------------------------------------------------------------------X

Pursuant to Rule 41(a) (1) (ii) of the Federal Rules of Civil Procedures, it is hereby stipulated and agreed by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action brought on behalf of the plaintiff is dismissed, with prejudice, without costs to either party as against the other.

This stipulation is to be so-ordered by the Court and may be filed without further notice with the Clerk of the Court.

Dated:  Uniondale, New York
         May 20, 2013

_____                          RIVKIN RADLER LLP
Daryl Fallas, Plaintiff Pro Se                  Attorneys for Defendant, Schachter Portnoy, LLC
77 Parker Avenue
Deal, New Jersey 07723
(732) 539-9025                                     By:  /s/ Douglas Tischler
                                                                             Douglas Tischler, Esq. (DGT-5866)
                                                                             926 RXR Plaza
                                                                             Uniondale, New York 11556-0926
                                                                             (516) 357-3074

MAURICE & NEEDLEMAN, P.C.
Attorneys for Defendant Cavalry SPV 1, LLC

By: /s/ Rachel Marin
    Rachel Marin (041732009)
    5 Walter E. Foran Boulevard, Suite 2007
    Flemington, NJ 08822
    (908) 905-5070

SO ORDERED:

_____    9/30/13
HON. PETER G. SHERIDAN         DATE SO ORDERED
U.S.D.J.

2790689 v1